# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JACOB D. SPARKS, | ) | CASE NO. 1:22-CV-00638 |
| Plaintiff, | ) ) ) | JUDGE CHARLES E. FLEMING |
| vs. | ) ) | |
| JUSTIN FITZHUGH, | ) ) | |
| Defendant. | ) ) | **JUDGMENT ENTRY ORDER** |

The Court, having granted Defendant's Motion to Dismiss (ECF No. 9), hereby enters judgment in favor of Defendant Justin Fitzhugh, and against Plaintiff Jacob D. Sparks.

**IT IS SO ORDRED.**

Date: September 29, 2023

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**

1